IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMERY M. SAMMONS | : |
| | :  CIVIL ACTION |
| v. | : |
| | :  NO. 14-2419 |
| PHILADELPHIA GAS WORKS | : |

## ORDER

**AND NOW,** this 20th day of March, 2015, upon consideration of Plaintiff's Motion Pursuant To Rule 15(a) For Leave To File Amended Complaint (ECF No. 16), and Defendant's response in opposition thereto (ECF No. 17), it is **ORDERED** as follows:

1. Plaintiff's Motion is **GRANTED**. The amended complaint attached as Exhibit "A" to his reply brief is deemed to have been filed and served as of the date of this order.

2. Defendant shall have twenty (20) days from the date of this order to file an answer to the amended complaint.

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**