IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EMERY M. SAMMONS : | |
| : | CIVIL ACTION |
| v. : | |
| : | NO. 14-2419 |
| PHILADELPHIA GAS WORKS : | |

**O R D E R**

**AND NOW**, this  23rd  day of  March , 2016, upon consideration of Defendant's Motion for Summary Judgment (ECF No. 18), Defendant's Supplemental Motion for Summary Judgment (ECF No. 34), and Plaintiff's Cross-Motion for Summary Judgment (ECF No. 36), and all papers submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

1. Defendant's Motion for Summary Judgment as to Count I of the Amended Complaint (age discrimination) is **GRANTED**, and judgment is entered in favor of Defendant Philadelphia Gas Works.  Count I is **DISMISSED**

2. Defendant's Motion for Summary Judgment on Count II of the Amended Complaint (breach of settlement agreement) is **DENIED**.

3. Plaintiff's Motion for Summary Judgment as to Defendant's Counterclaim (Fraud) is **GRANTED**, and judgment is entered in favor of Plaintiff Emory M. Sammons. Defendant's Counterclaim is **DISMISSED** as time barred

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**